UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL FERNANDEZ, *individually and on behalf of all others similarly situated*,

                           Plaintiff,

                           -v.-

J.F. MEAT & GROCERY CORP., LUIS FERREIRA, DANIEL FERREIRA, GIOVANNI FERREIRA, and JULIO GUZMAN,

                           Defendants.

22 Civ. 1258 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On February 28, 2023**,** the Court was informed that the court-ordered mediation in this case was successful, and that agreement was reached on all issues. (February 28, 2023 Minute Entry).  Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **March 31, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law.  *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

      SO ORDERED.

Dated:  March 1, 2023
             New York, New York

                                                      KATHERINE POLK FAILLA
                                                   United States District Judge